Ernesto Alonso Mejia RODRIGUEZ, Petitioner-Appellant,

v.

Janet RENO, as Attorney General of the United States, and the Immigration and Naturalization Service, Respondents-Appellees.

No. 98-4426.

United States Court of Appeals,

Eleventh Circuit.

March 5, 1999.

Appeal from the United States District Court for the Southern District of Florida (No. 97-CV-3108-JAL); Joan A. Lenard, Judge.

Before CARNES and HULL, Circuit Judges, and HENDERSON, Senior Circuit Judge.

PER CURIAM:

The Court *sua sponte* VACATES its opinion in the above-styled case, which is currently published at 164 F.3d 575 (11th Cir.1999). The case is resubmitted to the Court for decision. Petitioner/Appellant's Motion for Rehearing is DENIED as MOOT.